**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Charles M. Kastner <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 15-15923 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Harley-Davidson Credit Corp, and index same on the master mailing list.

Re: Loan # Ending In: 6779

                                          Respectfully submitted,

                                          **/s/Thomas I. Puleo, Esquire**
                                          Thomas I. Puleo, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6309  FAX (215) 825-6409