United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-15923-sr
Charles M Kastner                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Jan 12, 2017
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
db              +Charles M Kastner,    645 Willow Lane,    Atglen, PA 19310-9719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
        ANDREW   SPIVACK    on behalf of Creditor    Santander Bank, NA paeb@fedphe.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        JEROME B. BLANK    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor    Santander Bank, NA paeb@fedphe.com
        MARTIN A. MOONEY    on behalf of Creditor    Harley-Davidson Credit Corp.
    tshariff@schillerknapp.com,    tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
        MICHAEL G. DEEGAN    on behalf of Debtor Charles M Kastner mgdeegan@comcast.net
        MICHAEL G. DEEGAN    on behalf of Plaintiff Charles M Kastner mgdeegan@comcast.net
        MICHAEL G. DEEGAN    on behalf of Attorney Michael   Deegan mgdeegan@comcast.net
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
    ecf_frpa@trustee13.com
        THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, NA JKacsur@grossmcginley.com,
    epellegrino@grossmcginley.com;dworman@grossmcginley.com
        THOMAS A. CAPEHART    on behalf of Creditor    SANTANDER BANK, N.A. JKacsur@grossmcginley.com,
    epellegrino@grossmcginley.com;dworman@grossmcginley.com
        THOMAS I. PULEO    on behalf of Creditor    Harley-Davidson Credit Corp tpuleo@kmllawgroup.com,
    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                  TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Charles M. Kastner <br> <u>Debtor</u> | CHAPTER 13 |
| Harley-Davidson Credit Corp <br> <u>Movant</u> <br> vs. | NO. 15-15923 SR |
| Charles M. Kastner <br> <u>Debtor</u> | |
| Frederick L. Reigle Esq. <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

**<u>ORDER TERMINATING AUTOMATIC STAY</u>**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Harley-Davidson Credit Corp, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 1HD1JL5127Y030843 2007 Harley-Davidson FXSTC Softail Custom  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this            day of           , 2016.

_____
Stephen Raslavich, United States Bankruptcy Judge.

Dated: January 12, 2017

cc: See attached service list

Charles M. Kastner
645 Willow Lane
Atglen, PA 19310

Michael G. Deegan, 134 W. King Street
Malvern, PA 19355

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532