United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Charles M Kastner
     Debtor

Case No. 15-15923-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jan 26, 2018
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.
db         +Charles M Kastner,   645 Willow Lane,   Atglen, PA 19310-9719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:
         ANDREW  SPIVACK    on behalf of Creditor    Santander Bank, NA paeb@fedphe.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         JEROME B. BLANK    on behalf of Creditor    Santander Bank, NA paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com
         MARIO J. HANYON    on behalf of Creditor    Santander Bank, NA paeb@fedphe.com
         MARTIN A. MOONEY    on behalf of Creditor    Harley-Davidson Credit Corp.
         tshariff@schillerknapp.com,  ahight@schillerknapp.com;kcollins@schillerknapp.com
         MICHAEL G. DEEGAN    on behalf of Attorney Michael  Deegan mgdeegan@comcast.net
         MICHAEL G. DEEGAN    on behalf of Debtor Charles M Kastner mgdeegan@comcast.net
         MICHAEL G. DEEGAN    on behalf of Plaintiff Charles M Kastner mgdeegan@comcast.net
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
         THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, NA JKacsur@grossmcginley.com,
         ehutchinson@grossmcginley.com
         THOMAS A. CAPEHART    on behalf of Creditor    SANTANDER BANK, N.A. JKacsur@grossmcginley.com,
         ehutchinson@grossmcginley.com
         THOMAS I. PULEO    on behalf of Creditor    Harley-Davidson Credit Corp tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                       TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**CHARLES M. KASTNER**
         **Debtor**

**CHAPTER 13**

**BK. No. 15-15923 JKF**

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

      **AND NOW**, this 26th day of January, 2018, Motion of **SANTANDER BANK, N.A.** (Movant), and after Notice of Default and the filing of a Certification of Default, it is

      **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

      **ORDERED AND DECREED:** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **645 WILLOW LANE, ATGLEN, PA 19310-9719**(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

      **ORDERED AND DECREED:** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court:

*Jean K. FitzSimon*
_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

FREDERICK L. REIGLE
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE
P.O. BOX 4010
READING, PA 19606

MICHAEL G. DEEGAN
134 W. KING STREET
MALVERN, PA 19355

CHARLES M. KASTNER
645 WILLOW LANE
ATGLEN, PA 19310-9719

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107