UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

CHARLES M KASTNER
                                                                : Bankruptcy No. 15-15923JKF
            Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: February 1, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL G DEEGAN ESQ
134 W KING ST
MALVERN PA 19355-

CHARLES M KASTNER
645 WILLOW LANE
ATGLEN,PA.19310