United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15923-jkf
Charles M Kastner                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: PaulP              Page 1 of 2              Date Rcvd: Feb 01, 2018
                                Form ID: pdf900          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
```
db             +Charles M Kastner,    645 Willow Lane,    Atglen, PA 19310-9719
aty            +Michael Deegan,    134 West King Street,    Malvern, PA 19355-2412
13582780       +824 North Market Street,    Suite 100,    Wilmington, DE 19801-4937
13582789      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Fia Csna,    Po Box 982235,    El Paso, TX 79998)
13582781       +Bureau Of Accounts Control,    Bac,    Po Box 538,    Howell, NJ 07731-0538
13582782       +Cap1/bstby,    PO Box 30253,    Salt Lake City, UT 84130-0253
13582785       +Chase Auto,    PO Box 901003,    Fort Worth, TX 76101-2003
13582786       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13582787        Chester County Tax Claim Bureau,    313 West Market Street,    Suite 3602,    PO Box 2748,
                 West Chester, PA 19380-0991
13582788       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13582790       +Harley Davidson Financial,    Attn: Bankruptcy,    PO Box 29505,    Phoenix, AZ 85038-9505
13586717       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
13615039        JPMorgan Chase Bank, N.A. National Bankruptcy Depa,    P.O. Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
13606386       +NASA Federal Credit Union,    PO Box 1588,    Bowie, MD 20717-1588
13582792       +NASA Federal Credit Union,    500 Prince Georges Blvd,    Upper Marlboro, MD 20774-8732
13582791       +Nasa Federal Credit Un,    500 Prince Georges Blvd,    Upper Marlboro, MD 20774-8732
13582793       +Phelan, Hallinan & Schmieg,    1600 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-2852
13582795       +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
13582797       +Santander Bank,    865 Brook Street,    Rocky Hill, CT 06067-3444
13582799       +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
13582798       +Santander Bank Na,    1130 Berkshire Blvd 3rd Floor,    Wyomissing, PA 19610-1242
13640063        Santander Bank, N.A,,    c/o Thomas A. Capehart, Esq.,    33 S. 7th Street, PO Box 4060,
                 Allentown, PA  18105-4060
13601865        Santander Bank, N.A.,    Attn: Bankruptcy Department,    MC: 10-6438-FB7,
                 601 Penn Street, Reading, PA 19601
13582800       +Snap On Crdt,    Attn: Bankruptcy,    950 Technology Way  Suite 301,
                 Libertyville, IL 60048-5339
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 02 2018 04:42:45      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 02 2018 04:42:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 02 2018 04:42:24      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13582784       +E-mail/Text: bk.notifications@jpmchase.com Feb 02 2018 04:41:48      Chase Auto,    PO Box 29505,
                 Phoenix, AZ 85038-9505
13582783       +E-mail/Text: bk.notifications@jpmchase.com Feb 02 2018 04:41:48      Chase Auto,
                 Attn:National Bankruptcy Dept,    Po Box 29505,    Phoenix, AZ 85038-9505
13619255       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 02 2018 04:42:14
                 Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
13625677        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2018 04:59:57
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13582794       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2018 04:45:37
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13582796       +E-mail/Text: cop@santander.us Feb 02 2018 04:41:49      Santander,    1130 Berkshire Boulevard,
                 Reading, PA 19610-1242
                                                                                               TOTAL: 9
```

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: PaulP              Page 2 of 2           Date Rcvd: Feb 01, 2018
                              Form ID: pdf900          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2018 at the address(es) listed below:

```
          ANDREW   SPIVACK    on behalf of Creditor    Santander Bank, NA paeb@fedphe.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JEROME B. BLANK    on behalf of Creditor    Santander Bank, NA paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Santander Bank, NA paeb@fedphe.com
          MARTIN A. MOONEY    on behalf of Creditor    Harley-Davidson Credit Corp.
           tshariff@schillerknapp.com, ahight@schillerknapp.com;kcollins@schillerknapp.com
          MICHAEL G. DEEGAN    on behalf of Plaintiff Charles M Kastner mgdeegan@comcast.net
          MICHAEL G. DEEGAN    on behalf of Attorney Michael   Deegan mgdeegan@comcast.net
          MICHAEL G. DEEGAN    on behalf of Debtor Charles M Kastner mgdeegan@comcast.net
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, NA JKacsur@grossmcginley.com,
           ehutchinson@grossmcginley.com
          THOMAS A. CAPEHART    on behalf of Creditor    SANTANDER BANK, N.A. JKacsur@grossmcginley.com,
           ehutchinson@grossmcginley.com
          THOMAS I. PULEO    on behalf of Creditor    Harley-Davidson Credit Corp tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                             :

CHARLES M KASTNER
                                                   : Bankruptcy No. 15-15923JKF
    Debtor(s)                                      : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: February 1, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL G DEEGAN ESQ
134 W KING ST
MALVERN PA 19355-

CHARLES M KASTNER
645 WILLOW LANE
ATGLEN,PA.19310